United States District Court
Southern District of Texas
**ENTERED**
August 10, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SHANNON T. BONNER, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:16-CV-13 |
| § | |
| COMMUNITY HEALTH SYSTEMS, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER AND OPINION

On February 29, 2016, Defendant TEKsystems Holdings, LLC filed a Motion to Dismiss for Failure to State a Claim (Document No. 7), arguing that Plaintiff's claims under the Texas Labor Code did not apply, because the alleged events occurred outside of Texas. *Id.* at 3. However, Plaintiff has since filed a Second Amended Complaint (Document No. 8), which drops her claims under the Texas Labor Code. Therefore, the Court hereby

ORDERS that Defendant's Motion to Dismiss (Document No. 7) is MOOT.

SIGNED at Houston, Texas, this 10th day of August, 2016.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE