Case 4:16-cv-00013   Document 30   Filed on 10/18/16 in TXSD   Page 1 of 2
Case 4:16-cv-00013   Document 29-1   Filed in TXSD on 10/14/16   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 19, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHANNON T. BONNER, | § § § | |
| Plaintiff, | § § | |
| VS. | § § § | C.A. No. 4:16-CV-00013 |
| COMMUNITY HEALTH SYSTEMS and TEKSYSTEMS, INC., | § § § § | |
| Defendant. | § | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

ON THIS day, this Court considered the motion of Plaintiff Shannon T. Bonner to dismiss all claims against Defendant TEKsystems, Inc. with prejudice and finds that the Motion is well taken. It is therefore:

**ORDERED, ADJUDGED AND DECREED** that Plaintiff Shannon T. Bonner's Motion to Dismiss all claims against Defendant TEKsystems, Inc. with prejudice is **GRANTED** and all claims and causes of action by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE.**

No additional claims by any party are pending in this action against any party, and this dismissal order is a final judgment disposing of all claims in this action.

Costs of court and attorney's fees are to be borne by the party incurring same.

SIGNED this 18th day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE

3

2262954v.1

APPROVED AND ENTRY REQUESTED:

THE TACKETT FIRM, PLLC

_/s/ Deshonda Charles Tackett_____

Deshonda Charles Tackett
State Bar No. 24053502
Fed. Bar No. 641900
4412 Stanford St., Suite 1
Houston, TX 77006
713/993-7310
713/533-0303 Fax
E-mail: detackett@thetackettfirm.com

ATTORNEY FOR PLAINTIFF


WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP

_/s/ Linda P. Wills_____

Linda P. Wills
State Bar No. 21661400
Fed. Bar No. 12566
909 Fannin Street, Suite 3300
Houston, Texas 77010
713/353-2000
713/785-7780 Fax
Email:  Linda.Wills@WilsonElser.com

ATTORNEY FOR DEFENDANT
TEKSYSTEMS, INC.